**EXHIBIT A**

ELECTRONICALLY FILED
4/26/2017 10:29 AM
02-CV-2017-901078.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>02<br>Date of Filing:<br>04/26/2017 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### SUSAN MARIE THOMPSON v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☑ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING  A ☐ APPEAL FROM DISTRICT COURT  O ☐ OTHER
R ☐ REMANDED  T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
MCC166

4/26/2017 10:29:38 AM
Date

/s/ SAMUEL P MCCLURKIN IV
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☑ YES ☐ NO ☐ UNDECIDED

ELECTRONICALLY FILED
4/26/2017 10:29 AM
02-CV-2017-901078.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| SUSAN MARIE COFFEY THOMPSON, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: CV-17-_____ |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | *   **PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY** |
| Defendant. | * |

## COMPLAINT

Comes now Plaintiff and alleges against Defendant as follows:

1. On or about May 15, 2015, at approximately 3:14 p.m., Plaintiff was traveling east on Government Street in Mobile County.

2. At said time and place, Meaghan Atchison was traveling west on Government Street when she negligently and/or wantonly failed to yield the right-of-way, keep a proper lookout, maintain proper control of her vehicle and/or maintain safe distances, when she attempted a left-hand turn directly in front of oncoming traffic, causing a head on collision with Plaintiff.

3. As an actual and proximate result of the aforementioned Atchison's negligence and/or wantonness, Plaintiff was caused to suffer the following damages and injuries:

    a. Past and future medical expenses;

    b. Past and future lost wages;

    c. Past and future loss of earning capacity;

    d. Permanent injuries and/or disabilities;

      e.      Loss of the enjoyment of life;

      f.      Past and future pain and suffering;

      g.      Past and future mental anquish;

      h.      Others as claimed.

4.    Atchison was underinsured.

5.    At all times material to this action, Plaintiff was covered under an underinsured motorist provision of a policy of insurance issued to Daniel and Susan Thompson by Defendant State Farm Mutual Automobile Insurance Company ("State Farm").

6.    Plaintiff is entitled to underinsured motorists benefits under the terms of said policy, and State Farm has failed to tender said benefits.

Wherefore, premises considered, Plaintiff demands a jury trial and judgment against Defendant for compensatory and punitive damages in excess of the jurisdictional threshold of this Court, plus interest and costs.

Respectfully submitted,

**CITRIN LAW FIRM, P.C.**
Attorneys for Plaintiff

*/s/ Samuel P. McClurkin, IV*
Samuel P. McClurkin, IV (MCC166)
1703 Main Street
Post Office Drawer 2187
Daphne, Alabama 36526
Telephone:   251.621.3000
Facsimile:    251.626.4943
mac@citrinlaw.com

**PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY**

**Defendant may be served via Certified Mail:**

State Farm Mutual Automobile Insurance Company
One State Farm Plaza
Bloomington, Illinois  61710-0001

DOCUMENT 3
Case 1:17-cv-00244-MU   Document 1-2   Filed 05/31/17   Page 5 of 19
ELECTRONICALLY FILED
4/26/2017 10:29 AM
02-CV-2017-901078.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

SUSAN MARIE COFFEY THOMPSON, *
　　　　　　　　　　　　　　　　*
　　　Plaintiff,　　　　　　　　*
　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　*　　Civil Action No.:  CV-17-_____
　　　　　　　　　　　　　　　　*
STATE FARM MUTUAL　　　　　　　 *　　**PLAINTIFF RESPECTFULLY**
AUTOMOBILE INSURANCE　　　　　　*　　**REQUESTS TRIAL BY JURY**
COMPANY,　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　Defendant.

## PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Comes now Plaintiff and requests Defendant State Farm Mutual Automobile Insurance Company answer the following interrogatories and request for production:

1. Name and identify each person whom you expect to call as an expert witness at trial, giving the address of each person and a list of his or her educational background and experience which you claim qualifies such person as an expert.

ANSWER:

2. State the subject matter on which each person named in the response to Interrogatory Number 1 is expected to testify, the substance of the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each opinion held by each expert.

ANSWER:

3. State the name and last known address of each person known to you who was:

(a) An eyewitness to the incident referred to in the Complaint;

(b) Within sight or hearing distance of the incident referred to in the Complaint;

(c)     In possession of firsthand knowledge of the facts and circumstances of the incident referred to in the complaint, or of the events leading up to or following said incident.

ANSWER:

4.    State the name and last known address of each person known to you who has any knowledge whatsoever regarding the facts and circumstances surrounding the incident referred to in the Complaint.

ANSWER:

5.    State the name and last known address of each person known to you who claims to have seen or heard any of the parties (or their agents, servants, employees or anyone acting on their behalf) make any statement(s) pertaining to the incident referred to in the Complaint.

ANSWER:

6.    Please give a detailed description of how the wreck made the basis of this lawsuit occurred.

ANSWER:

7.    If you contend that any Plaintiff was contributorily negligent, please identify each and every fact upon which you base that allegation.

ANSWER:

8.    Please state the amount of coverage available, for liability, uninsured/underinsured motorists, umbrella and excess coverage, on the date of the subject crash, including your policy number and the extent of your coverage and please produce a copy of the declarations page.

ANSWER:

9. Treating this interrogatory as a request for production pursuant to Rule 34 of the Alabama Rules of Civil Procedure, please produce the following:

(a) Any and all materials, writings, documents, reports, memorandum, or any material of any type whatsoever that was relied upon in the preparation of answers to these interrogatories;

(b) Any and all trial exhibits.

ANSWER:

10. Please state the factual basis for each affirmative defense asserted by you.

ANSWER:

11. Please state your correct legal name.

ANSWER:

12. Please produce all photographs and videos in your possession of the scene, parties, vehicles and any other relevant items.

ANSWER:

13. Please produce all exhibits you intend to introduce at the trial of this matter.

ANSWER:

Respectfully submitted,
CITRIN LAW FIRM, P.C.
Attorneys for Plaintiff

*/s/ Samuel P. McClurkin, IV*
Samuel P. McClurkin, IV (MCC166)
1703 Main Street
Post Office Drawer 2187
Daphne, Alabama  36526
Telephone:    251.621.3000
Facsimile:    251.626.4943
mac@citrinlaw.com

**TO BE SERVED WITH THE COMPLAINT**



AlaFile E-Notice

02-CV-2017-901078.00

To: SAMUEL P MCCLURKIN IV
mac@citrinlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

SUSAN MARIE THOMPSON V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
02-CV-2017-901078.00

The following complaint was FILED on 4/26/2017 10:28:48 AM

Notice Date: 4/26/2017 10:28:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901078.00

To: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
ONE STATE FARM PLAZA
BLOOMINGTON, IL, 61710

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

SUSAN MARIE THOMPSON V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
02-CV-2017-901078.00

The following complaint was FILED on 4/26/2017 10:28:48 AM

Notice Date:     4/26/2017 10:28:48 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-901078.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### SUSAN MARIE THOMPSON V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**NOTICE TO:** STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ONE STATE FARM PLAZA, BLOOMINGTON, IL 61710

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SAMUEL P MCCLURKIN IV,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 2187, DAPHNE, AL 36526.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SUSAN MARIE THOMPSON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 4/26/2017 10:28:48 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ SAMUEL P MCCLURKIN IV

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*           *(Name of County)*

Alabama on _____.

*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
|  | *(Server's Printed Name)* | *(Phone Number of Server)* |

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Susan Marie Thompson*

Plaintiff(s)

vs.

*State Farm etc.*

Defendant(s)

CIVIL ACTION NO. CV-17-901078

DATE COMPLAINT FILED 4-26-17

## ASSIGNMENT TO EXPEDIATED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

### OBJECTION TO INCLUSION IN SYSTEM

If a party to this cause believes that the cause is extremely complex or will involve unique problems and will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial. A motion filed later than the aforesaid 40 days will not be considered by the Court. Oral argument may be requested on an exclusion motion. If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties. If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.

### DISCOVERY

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time. Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

### MOTION TO SET AND CERTIFICATE OF READINESS

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint. If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties. If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1) The date the complaint was filed;

(2) That the issues in the case have been defined and joined;

(3) That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4) That a jury trial has or has not been demanded;

(5) The expected length of the trial expressed in hours and/or days;

(6) A brief description of the plaintiff's claim;

(7) The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8) That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9) That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10) That the movant certifies that he/she has read the pre-trial order, that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar):

GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.  EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.  Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.  Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.  Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.  DOCTOR, HOSPITAL AND MEDICAL RECORDS

a.  If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.  Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.  The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.  DAMAGES

a.  All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.  Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.  AGENCY-TIME AND PLACE-DUTY

a.  Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5. **EXPERTS**

a. Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b. Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c. Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d. Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6. **JURY INSTRUCTIONS**

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7. **JURY SELECTION**

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8. **DUTY TO SUPPLEMENT DISCOVERY**

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9. **MOTIONS GENERALLY**

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10. **CONFLICTS**

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the 27th day of April, 2017.

Presiding Judge, John R. Lockett

| State of Alabama Unified Judicial System Form C-34 Rev. 4/2017 | **ORIGINAL** SUMMONS - CIVIL - | Court Case Number 02-CV-2017-901078.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### SUSAN MARIE THOMPSON V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**NOTICE TO:** STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ONE STATE FARM PLAZA, BLOOMINGTON, IL 61710

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SAMUEL P MCCLURKIN IV

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 2187, DAPHNE, AL 36526

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SUSAN MARIE THOMPSON pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 4/26/2017 10:28:48 AM | /s/ JOJO SCHWARZAUER | By: *[signature]* |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ SAMUEL P MCCLURKIN IV
*(Plaintiff's/Attorney's Signature)*

Jojo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐ Ret[urn]        _____
                  *(Date)*

☐ I cer[tify]     Complaint or other document to _____ County,
                  *(Name of County)*

Alaba[ma]

*(Type of [process])*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $          Postmark
☐ Certified Mail Restricted Delivery $     Here
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees
$
Sent To State Farm
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 8863 8423

$.00
[AU]TOMOBILE INSURANCE COMPANY

- STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
*(Defendant)*

### SERVICE RETURN COPY

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE       COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 901078.00
ROBERT H. SMITH

IN THE CIRCUIT COURT OF MOBILE COUNTY

SUSAN MARIE THOMPSON V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

SERVE ON: D001

STATE FARM MUTUAL AUTOMOBILE INSURA
ONE STATE FARM PLAZA
BLOOMINGTON     ,IL   61710-0000

NOTES:
  YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
  YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
  TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

04/27/2017   DATE         CLERK: JOJO SCHWARZAUER                BY
                                 1050 GOVERNMENT STREET
                                 MOBILE, AL  36644-2936
                                 (251)574-8420

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____           SIGNATURE OF SERVER

NAME / ADDRESS ABOVE                        DATE

OPERATOR: RUP
PREPARED: 04/27/2017

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710

C/.17-9010%C+S+

9590 9402 2315 6225 4266 26

2. Article Number (Transfer from service label)

7016 1970 0000 8863 8642

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Brown F. Swth          MAY

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express™
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

OF ALA. MOBILE CO.
HEREBY CERT...
...ING WAS F...

MAY -5  PM 11:00

Circuit Clerk

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY - CIVIL DIVISION
Mobile Government Plaza, Room C
205 Government Street
Mobile, Alabama 36644-2936

Sender: Please print your name, address, and ZIP+4 in this box

United States Postal Service



AlaFile E-Notice

02-CV-2017-901078.00
Judge: ROBERT H. SMITH

To: MCCLURKIN SAMUEL PRESTON
mac@citrinlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

SUSAN MARIE THOMPSON V. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
02-CV-2017-901078.00

The following matter was served on 5/1/2017

**D001 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**Corresponding To**
CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov